425 A.2d 835

Gehm v. Gehm, Appellant.

Argued November 13, 1979.  Murray Shapiro, for appellant;  Thomas W. King, III, for appellee.

652

Before CERCONE, P. J., and MONTGOMERY and LI-PEZ, JJ.

Affirmed.